STATE, TRAPHAGEN, PROSECUTOR, v. THE TOWNSHIP OF WEST HOBOKEN.

On error to the Supreme Court. For opinion of Supreme Court, see 10 *Vroom* 232.

For the plaintiff in error, *S. B. Ransom.*

For the defendant in error, *J. B. Vredenburgh.*

PER CURIAM. The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DALRIMPLE, WOODHULL, DODD, GREEN, LILLY, WALES. 8.

*For reversal*—DIXON. 1.